CO-386-online
10/03

**FILED**
MAY 1 2 2008
Clerk, U.S. District and
Bankruptcy Courts

# United States District Court
# For the District of Columbia

Florentino E. Mendez          )
                              )
                              )
                              )
           Plaintiff          )    Civ   Case: 1:08-cv-00816
     vs                       )          Assigned To : Kennedy, Henry H.
                              )          Assign. Date : 5/12/2008
Cavalry Portfolio Services, LLC )        Description: General Civil
                              )
           Defendant          )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Calvary Portfolio Services, LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Calvary Portfolio Services, LLC  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

321257                              Ronald S. Canter
BAR IDENTIFICATION NO.              Print Name

                                    11300 Rockville Pike Suite 1200
                                    Address

                                    Rockville, MD 20852
                                    City        State        Zip Code

                                    301-770-7490
                                    Phone Number