IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENTINO E. MENDEZ,<br>a/k/a Tony Mendez<br>1368 Euclid Street, N.W.<br>No. 603<br>Washington, DC 20009-4818<br><br>    Plaintiff<br>vs.<br><br>CAVALRY PORTFOLIO SERVICES, LLC<br>7 Skyline Drive<br>Third Floor<br>Hawthorne, NY 10532<br><br>    Defendant | Case No. 08-0816-HHK |

## ANSWER TO COMPLAINT

Your Defendant, Cavalry Portfolio Services, LLC, by and through counsel, in answer to the Complaint filed herein states as follows:

### FIRST DEFENSE

1. The allegations in Paragraph 1 of the Complaint relate to jurisdiction and do not require the filing of a response either admitting or denying the assertion.

2. Defendant admits the allegations in Paragraph 2 of the Complaint.

3. Defendant admits the allegations in Paragraph 3 of the Complaint.

4. Defendant admits the allegations in Paragraph 4 of the Complaint.

5. Defendant admits the allegations in Paragraph 5 of the Complaint.

6. Defendant admits the allegations in Paragraph 6 of the Complaint.

7. Defendant denies the allegations in Paragraph 7 of the Complaint.

8. In answer to the allegations in Paragraph 8 of the Complaint, Defendant realleges and incorporates by reference its answer to the foregoing paragraphs.

9. Defendant denies the allegations in Paragraph 9 of the Complaint.

10. Defendant denies the allegations in Paragraph 10 of the Complaint.

11. In answer to the allegations in Paragraph 11 of the Complaint, Defendant realleges and incorporates by reference its answer to the foregoing paragraphs.

12. Defendant denies the allegations in Paragraph 12 of the Complaint.

13. Defendant denies the allegations in Paragraph 13 of the Complaint.

14. In answer to the allegations in Paragraph 14 of the Complaint, Defendant realleges and incorporates by reference its answer to the foregoing paragraphs.

15. Defendant admits the allegations in Paragraph 15 of the Complaint.

16. Defendant denies the allegations in Paragraph 16 of the Complaint.

17. In answer to the allegations in Paragraph 17 of the Complaint, Defendant realleges and incorporates by reference its answer to the foregoing paragraphs.

18. Defendant denies the allegations in Paragraph 18 of the Complaint.

19. Defendant denies the allegations in Paragraph 19 of the Complaint.

20. In answer to the allegations in Paragraph 20 of the Complaint, Defendant realleges and incorporates by reference its answer to the foregoing paragraphs.

21. Defendant denies the allegations in Paragraph 21 of the Complaint.

22. Defendant denies the allegations in Paragraph 22 of the Complaint.

23. In answer to the allegations in Paragraph 23 of the Complaint, Defendant realleges and incorporates by reference its answer to the foregoing paragraphs.

24. Defendant denies the allegations in Paragraph 24 of the Complaint.

25. Defendant denies the allegations in Paragraph 22 of the Complaint.

26. In answer to the allegations in Paragraph 26 of the Complaint, Defendant realleges and incorporates by reference its answer to the foregoing paragraphs.

27. Defendant denies the allegations in Paragraph 27 of the Complaint.

28. Defendant denies the allegations in Paragraph 28 of the Complaint.

29. In answer to the allegations in Paragraph 29 of the Complaint, Defendant realleges and incorporates by reference its answer to the foregoing paragraphs.

30. Defendant denies the allegations in Paragraph 30 of the Complaint.

31. Defendant denies the allegations in Paragraph 31 of the Complaint.

32. Defendant denies the allegations in Paragraph 32 of the Complaint.

33. Defendant denies the allegations in Paragraph 33 of the Complaint.

34. Defendant denies the allegations in Paragraph 34 of the Complaint.

35. Defendant denies the allegations in Paragraph 35 of the Complaint.

36. Defendant denies the allegations in Paragraph 36 of the Complaint.

37. In answer to the allegations in Paragraph 37 of the Complaint, Defendant realleges and incorporates by reference its answer to the foregoing paragraphs.

38. Defendant denies the allegations in Paragraph 38 of the Complaint.

38 [sic]. Defendant denies the allegations in Paragraph 39 (misnumbered as a second Paragraph 38) of the Complaint.

## SECOND DEFENSE

To the extent that Plaintiff is able to establish any liability under the Fair Debt Collection Practices Act, Defendant's liability is excused pursuant to the bona fide error defense, 15 U.S.C. §1692k(c).

### THIRD DEFENSE

Plaintiff's Complaint fails to set forth a cause of action for which relief may be granted.

WHEREFORE, having fully answered the Complaint, Defendant asks that the Complaint be dismissed, with prejudice, and that Plaintiff be responsible fro payment of all fees and costs.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Birgit Dachtera Stuart
Ronald S. Canter, Esquire, #321251
Birgit Dachtera Stuart, Esquire, #979150
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone: (301) 770-7490
Facsimile: (301) 770-7493
E-Mail: roncanter@comcast.net
E-Mail: bstuart@roncanterllc.com
Attorneys for Defendant

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the Answer to Complaint, was served upon the individual listed below by Electronic Case Filing and First Class Mail, Postage Prepaid on this 19th day of May, 2008 to:

Ernest P. Francis, Esquire
1655 Fort Myer Dr Ste 700
Arlington, VA 22209
Attorney for Plaintiff

/s/ Birgit Dachtera Stuart
Ronald S. Canter, Esquire
Birgit Dachtera Stuart, Esquire
Attorneys for Defendant