IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENTINO E. MENDEZ,<br>a/k/a Tony Mendez<br>1368 Euclid Street, N.W.<br>No. 603<br>Washington, DC 20009-4818<br><br>    Plaintiff<br>vs.<br><br>CAVALRY PORTFOLIO SERVICES, LLC<br>7 Skyline Drive<br>Third Floor<br>Hawthorne, NY 10532<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 08-0816- HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the Notice of Removal, was served upon the individual listed below by First Class Mail, Postage Prepaid on this 12th day of May, 2008 to:

        Ernest P. Francis, Esquire
        1655 Fort Myer Dr Ste 700
        Arlington, VA 22209
        Attorney for Plaintiff


        /s/ Ronald S. Canter
        Ronald S. Canter, Esquire
        Attorney for Defendant