IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLORENTINO E. MENDEZ,
a/k/a Tony Mendez
1368 Euclid Street, N.W.
No. 603
Washington, DC 20009-4818

Plaintiff

vs.

CAVALRY PORTFOLIO SERVICES, LLC
7 Skyline Drive
Third Floor
Hawthorne, NY 10532

Defendant

Case No. 08-0816- HHK

**AMENDED NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(B) (FEDERAL QUESTION)**

Defendant, Cavalry Portfolio Services, LLC, hereby gives notice that this action is removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. §§ 1441 and 1446. In support thereof, and for the purpose of removal only, the Defendant states as follows:

1. On March 14, 2008, Plaintiff commenced this action against the Defendant in the Superior Court of the District of Columbia.

2. Defendant was served by process server on April 21, 2008. Copies of all process and pleadings and other documents served upon Defendant in such action is contained in Exhibit A filed herewith.

3. The parties to this action are, as follows:

A. Plaintiff, Florentino E. Mendez is a citizen of District of Columbia.

B.  Defendant, Cavalry Portfolio Services, LLC is a limited liability company with its principal place of business in the State of New York.

4. Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et. seq., against the Defendant in his Complaint.

5. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § §1331.

6. Pursuant to 28 U.S.C. §§ 1441, et. seq., this cause may be removed from the Superior Court of the District of Columbia.

7. In addition, Plaintiff also alleges a state law claim against the Defendant. However, because the federal and non-federal claims all derive from a common nucleus of operative facts this Court has supplemental jurisdiction over the non-federal claims alleged against the Defendant, 28 U.S.C. § 1367(a).

8. Alternatively, if the federal claims are deemed to be separate and independent from the non-federal claims, as opposed to arising out of a common nucleus of operative facts, the Defendant invoke the Court's jurisdiction under 28 U.S.C. § 1441(c) as grounds for removal of the entire state action to this Court.

9. An amended notice of this removal has been filed with the Superior Court of the District of Columbia and served upon all parties.

WHEREFORE, Defendant, by counsel, removes the subject action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter

Ronald S. Canter, Esquire, #321251
Birgit D. Stuart, Esquire, #979150
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone: (301) 770-7490
Facsimile: (240) 386-3816
E-Mail: roncanter@comcast.net
E-Mail: dstuart@roncanterllc.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLORENTINO E. MENDEZ, )
a/k/a Tony Mendez )
1368 Euclid Street, N.W. )
No. 603 )
Washington, DC 20009-4818 )
)
Plaintiff ) Case No. 08-0816- HHK
vs. )
)
CAVALRY PORTFOLIO SERVICES, LLC )
7 Skyline Drive )
Third Floor )
Hawthorne, NY 10532 )
)
Defendant )
)

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the **Amended** Notice of Removal and the **Amended** Certificate of Service of the Notice of Removal, was served upon the individual listed below by First Class Mail, Postage Prepaid on this 19th day of May, 2008 to:

Ernest P. Francis, Esquire
1655 Fort Myer Dr Ste 700
Arlington, VA 22209
Attorney for Plaintiff

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Attorney for Defendant