UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENTINO E. MENDEZ,<br>a/k/a Tony Mendez<br>1368 Euclid Street, N.W.<br>No. 603<br>Washington, DC  20009-4818,<br><br>　　　Plaintiff<br><br>　v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 08-0816 HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ENTRY OF APPEARANCE

WILL THE CLERK OF THE COURT please enter the appearance of Ernest P. Francis, Esq. and the law office of Ernest P. Francis, Ltd., whose address is provided below, as counsel for Plaintiff Florentino Mendez in this action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/Ernest P. Francis
　　　　　　　　　　　　　　　　　　　　Ernest P. Francis
　　　　　　　　　　　　　　　　　　　　DC Bar No. 439894
　　　　　　　　　　　　　　　　　　　　ERNEST P. FRANCIS, LTD.
　　　　　　　　　　　　　　　　　　　　1655 North Fort Myer Drive
　　　　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　　　　Arlington, VA 22209
　　　　　　　　　　　　　　　　　　　　(703) 683-5696
　　　　　　　　　　　　　　　　　　　　Fax (703) 683-2785
　　　　　　　　　　　　　　　　　　　　E-mail:  epfrancisltd@verizon.net

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT a copy of the foregoing Notice of Appearance was mailed first class postage prepaid and addressed to Ronald S. Canter, Esq. at his office at The Law Offices of Ronald S. Canter, LLC, 11300 Rockville Pike, Suite 1200, Rockville, VA  20852, this 20th day of May, 2008.


                                             /s/Ernest P. Francis
                                             Ernest P. Francis