UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENTINO E. MENDEZ, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CAVALRY PORTFOLIO SERVICES, LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 08-00816 (HHK) |

CONSENT MOTION TO EXTEND TIME TO
FILE MOTION TO STRIKE UNDER FED. R. CIV. P. 12(f)

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff moves for a seven calendar day extension in the period of time for Plaintiff to file a motion to strike Defendant's defenses under Fed. R. Civ. P. 12(f). Absent the extension requested herein, that motion must be filed by June 12, 2008. The extension requested herein would allow the filing of the motion by June 19, 2008. Defendant has agreed to the relief requested herein.

Under Rule 6(c), the Court may extend the period of time allowed under another of the rules for good cause shown. The parties in the instant case have made significant progress toward reaching an agreement that will resolve this case. They would like to avoid having counsel expend further time addressing the merits of the case if an agreement is possible. The extension sought herein would allow the parties the necessary time to determine whether an agreement is possible before the filing of a motion to strike.

The extension requested herein of seven days will not result in any significant delay. No scheduling order has been entered, and the scheduling conference in this case will not occur until

June 30.  Accordingly Plaintiff requests that the Court enter the attached order that Plaintiff has submitted in compliance with Local Civil Rule 7.

                                          Respectfully submitted,

                                          /s/Ernest P. Francis
                                          Ernest P. Francis
                                          DC Bar No. 439894
                                          ERNEST P. FRANCIS, LTD.
                                          1655 North Fort Myer Drive
                                          Suite 700
                                          Arlington, VA 22209
                                          (703) 683-5696
                                          Fax (703) 683-2785
                                          E-mail:  epfrancisltd@verizon.net

                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT a copy of the foregoing Consent Motion to Extend Time to File Motion to Strike under Fed. R. Civ. P. 12(f) was mailed first class postage prepaid and addressed to Ronald S. Canter, Esq. at his office at The Law Offices of Ronald S. Canter, LLC, 11300 Rockville Pike, Suite 1200, Rockville, VA  20852, this 12th day of June, 2008.

                                          /s/Ernest P. Francis
                                          Ernest P. Francis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENTINO E. MENDEZ, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 08-00816 (HHK) |
| | ) |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

ORDER

Upon Plaintiff's Consent Motion to Extend Time to File Motion to Strike under Fed. R. Civ. P. 12(f), it is hereby

ORDERED that the period of time for Plaintiff to file a motion under Fed. R. Civ. P. 12(f) is hereby extended until and including June 19, 2008.

_____           _____
Date                                       United States District Judge

Copies to:

| | |
|---|---|
| Ernest P. Francis, Esq. | Ronald S. Canter, Esq. |
| ERNEST P. FRANCIS, LTD. | THE LAW OFFICES OF RONALD S. CANTER, LLC |
| 1655 North Fort Myer Drive | 11300 Rockville Pike |
| Suite 700 | Suite 1200 |
| Arlington, VA 22209 | Rockville, MD  20852 |
| (703) 683-5696 | Telephone:  (301) 770-7490 |
| Fax (703) 683-2785 | Facsimile:  (301) 770-7493 |
| E-mail:  epfrancisltd@verizon.net | E-mail:  rcanter@roncanterllc.com |