UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENTINO E. MENDEZ, )<br>       Plaintiff )<br>        )<br>v. )<br>        )<br>CAVALRY PORTFOLIO SERVICES, LLC, )<br>       Defendant. )<br>        ) | Civil Action No. 08-00816 (HHK) |

CONSENT MOTION TO FURTHER EXTEND TIME TO
FILE MOTION TO STRIKE UNDER FED. R. CIV. P. 12(f)

      Pursuant to Fed. R. Civ. P. 6(b), Plaintiff moves for a seven calendar day extension in the period of time for Plaintiff to file a motion to strike Defendant's defenses under Fed. R. Civ. P. 12(f). Absent the extension requested herein, that motion must be filed by June 19, 2008 pursuant to the extension previously granted by the Court in response to a previous consent motion for that relief. The extension requested herein would allow the filing of the motion by June 26, 2008. Defendant has agreed to the relief requested herein.

      Under Rule 6(c), the Court may extend the period of time allowed under another of the rules for good cause shown. The parties in the instant case have made significant progress toward reaching an agreement that will resolve this case. They would like to avoid having counsel expend further time addressing the merits of the case if an agreement is possible since the Fair Debt Collection Practices Act is a fee shifting statute. The extension sought herein would allow the parties the necessary time to determine whether an agreement as to some or all of the issues in the case is possible before the filing of a motion to strike.

The extension requested herein of seven days will not result in any significant delay. No scheduling order has been entered, and the scheduling conference in this case will not occur until June 30. Accordingly Plaintiff requests that the Court enter the attached order that Plaintiff has submitted in compliance with Local Civil Rule 7.

                                        Respectfully submitted,

                                        /s/Ernest P. Francis
                                        Ernest P. Francis
                                        DC Bar No. 439894
                                        ERNEST P. FRANCIS, LTD.
                                        1655 North Fort Myer Drive
                                        Suite 700
                                        Arlington, VA 22209
                                        (703) 683-5696
                                        Fax (703) 683-2785
                                        E-mail: epfrancisltd@verizon.net

                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT a copy of the foregoing Consent Motion to Further Extend Time to File Motion to Strike under Fed. R. Civ. P. 12(f) was mailed first class postage prepaid and addressed to Ronald S. Canter, Esq. at his office at The Law Offices of Ronald S. Canter, LLC, 11300 Rockville Pike, Suite 1200, Rockville, MD 20852, this 19th day of June, 2008.

                                        /s/Ernest P. Francis
                                        Ernest P. Francis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENTINO E. MENDEZ, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 08-00816 (HHK) |
| | ) |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

ORDER

Upon Plaintiff's Consent Motion to Extend Time to File Motion to Strike under Fed. R. Civ. P. 12(f), it is hereby

ORDERED that the period of time for Plaintiff to file a motion under Fed. R. Civ. P. 12(f) is hereby extended until and including June 26, 2008.

_____          _____
Date                                                    United States District Judge

Copies to:

Ernest P. Francis, Esq.
ERNEST P. FRANCIS, LTD.
1655 North Fort Myer Drive
Suite 700
Arlington, VA 22209
(703) 683-5696
Fax (703) 683-2785
E-mail: epfrancisltd@verizon.net

Ronald S. Canter, Esq.
THE LAW OFFICES OF RONALD S. CANTER, LLC
11300 Rockville Pike
Suite 1200
Rockville, MD  20852
Telephone:  (301) 770-7490
Facsimile:  (301) 770-7493
E-mail:  rcanter@roncanterllc.com