IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENTINO E. MENDEZ, )<br>)<br>)<br>    Plaintiff )<br>vs. )<br>)<br>CAVALRY PORTFOLIO SERVICES, LLC )<br>)<br>    Defendant )<br>) | Case No. 08-0816-HHK |

## CONSENT MOTION TO POSTPONE INITIAL SCHEDULING CONFERENCE

Your Defendant, Cavalry Portfolio Services, LLC, with the consent of Plaintiff, moves to continue the Initial Scheduling Conference in this matter and as grounds states as follows:

1. This Court entered an order for an Initial Scheduling Conference in this case to be held on June 30, 2008 at 2:15 p.m. (Docket No. 9).

2. The parties have reached a settlement of this litigation but will be unable to complete execution of the settlement documents and file a Stipulation of Dismissal prior to June 30, 2008.

3. It is anticipated that it will take no more than two weeks to complete settlement and file the Stipulation of Dismissal.

4. Given the consent of both parties, the above stated reasons constitute good cause for the postponement of the Initial Scheduling Conference in this matter.

WHEREFORE, your Defendant prays that the Initial Scheduling Conference in this matter be postponed for a period of two weeks.

        THE LAW OFFICES OF RONALD S. CANTER, LLC

        /s/ Ronald S. Canter
        Ronald S. Canter, Esquire, #321257
        11300 Rockville Pike, Suite 1200
        Rockville, MD  20852
        Telephone:  (301) 770-7490
        Facsimile:  (301) 770-7493
        E-Mail:  roncanter@comcast.net
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual listed below by Electronic Case Filing and First Class Mail, Postage Prepaid on this 27th day of June, 2008 to:

        Ernest P. Francis, Esquire
        1655 Fort Myer Dr Ste 700
        Arlington, VA  22209
        Attorney for Plaintiff

        /s/ Ronald S. Canter
        Ronald S. Canter, Esquire
        Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENTINO E. MENDEZ, ) | |
| ) | |
| Plaintiff ) | Case No. 08-0816-HHK |
| vs. ) | |
| ) | |
| CAVALRY PORTFOLIO SERVICES, LLC ) | |
| ) | |
| Defendant ) | |

**ORDER**

Upon consideration of the Consent Motion to Postpone Initial Scheduling Conference, it is this _____ day of _____, 2008,

ORDERED, that the Initial Scheduling Conference scheduled on June 30, 2008 at 2:15 p.m. be postponed to _____, 2008.

_____
JUDGE