UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLORENTINO E. MENDEZ,            )
                                 )
    Plaintiff                    )
                                 )
 v.                              ) Civil Action No. 08-00816 (HHK)
                                 )
CAVALRY PORTFOLIO SERVICES, LLC, )
                                 )
    Defendant.                   )
                                 )

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action and all claims asserted herein are hereby dismissed with prejudice.  Each side shall bear its own costs and attorney's fees.

Respectfully submitted,


/s/Ernest P, Francis                      /s/Ronald S. Canter
Ernest P. Francis                         Ronald S. Canter
DC Bar No. 439894                         DC Bar No. 321257
ERNEST P. FRANCIS, LTD.                   THE LAW OFFICES OF RONALD S.
1655 North Fort Myer Drive                CANTER, LLC
Suite 700                                 11300 Rockville Pike
Arlington, VA 22209                       Suite 1200
(703) 683-5696                            Rockville, MD  20852
Fax (703) 683-2785                        Telephone:  (301) 770-7490
E-mail:  epfrancisltd@verizon.net         Facsimile:  (301) 770-7493
                                          E-mail:  rcanter@roncanterllc.com

Attorney for Plaintiff
                                          Attorney for Defendant